```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DARYL C. JANES,                    )
          Plaintiff,               )
                                   )
     v.                            )    C.A. No. 05-11646-JLT
                                   )
THIRD DISTRICT COURT,              )
          Defendant.               )
```

<u>ORDER OF DISMISSAL</u>

In accordance with this Court's MEMORANDUM AND ORDER dated <u>October 26, 2005</u>, it is ORDERED that the within action be and it is hereby DISMISSED.

```
                                   SARAH A. THORNTON,
                                   CLERK OF COURT


Date: 10/27/05                     By /s/ Zita Lovett
                                        Deputy Clerk
```